**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>LINDA FASZCZEWSKI,<br>　　　　　Plaintiff,<br>v.<br>BLACKBAUD, INC.,<br>　　　　　Defendant. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br><br>Case No. 3:21-cv-00012 |

**STIPULATION OF DISMISSAL**

　　Pursuant to the terms of the confidential settlement agreement reached between Plaintiff and Defendant Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

Dated:　September 16, 2025　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**BURR & FORMAN LLP**

　　　　　　　　　　　　　　　　　*/s/ Celeste T. Jones*
　　　　　　　　　　　　　　　　　Celeste T. Jones (Fed. ID # 2225)
　　　　　　　　　　　　　　　　　1221 Main Street, Suite 1800
　　　　　　　　　　　　　　　　　Columbia, SC 29201
　　　　　　　　　　　　　　　　　Tel: 803-799-9800
　　　　　　　　　　　　　　　　　Fax: 803-753-3278
　　　　　　　　　　　　　　　　　Email: CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**

 */s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, California 92618
(949) 622-2722
ron.raether@troutman.com

*Counsel for Blackbaud, Inc.*

**BLAU LEONARD LAW GROUP**

 /s/ Shelly Leonard
Shelly Leonard
Steven Bennett Blau
23 Green Street, Suite 105
Huntington, NY 11743
(631) 458-1010
sleonard@blauleonardlaw.com
sblau@blauleonardlaw.com

*Counsel for Plaintiff*